IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LIONEL JOSEPH STATON                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 1:20-CV-00172-DAS

TIMOTHY BOGGS                                                                    DEFENDANT

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, the defendant's motion [21] to dismiss is **GRANTED**, and the instant case is hereby **DISMISSED with prejudice** as untimely filed.

**SO ORDERED**, this the 5th day of April, 2021.

/s/ David A. Sanders
**DAVID A. SANDERS**
**UNITED STATES MAGISTRATE JUDGE**